*State, Respondent, v. Como, Petitioner*, No. 92685-9. Petition for review of a decision of the Court of Appeals, No. 32722-1-III, November 24, 2015, 191 Wn. App. 1028. *Granted on a specific issue* and *remanded* to the superior court June 1, 2016.

*State, Respondent, v. Wilmer, Petitioner*, No. 92690-5. Petition for review of a decision of the Court of Appeals, No. 46907-3-II, December 15, 2015, 191 Wn. App. 1045. *Granted on a specific issue* and *remanded* to the superior court June 1, 2016.

*State, Respondent, v. Austin, Petitioner*, No. 92723-5. Petition for review of a decision of the Court of Appeals, No. 32254-8-III, November 10, 2015, 191 Wn. App. 1013. *Granted on a specific issue* and *remanded* to the superior court June 1, 2016.

*State, Respondent, v. Ralston, Petitioner*, No. 92731-6. Petition for review of a decision of the Court of Appeals, Nos. 45883-7-II and 45646-9-II, December 15, 2015, 191 Wn. App. 1043. *Granted on a specific issue* and *remanded* to the superior court June 1, 2016.

*State, Respondent, v. Floyd, Petitioner*, No. 92750-2. Petition for review of a decision of the Court of Appeals, No. 46350-4-II, December 1, 2015, 191 Wn. App. 1031. *Granted on a specific issue* and *remanded* to the superior court June 1, 2016.

*State, Respondent, v. Barbee, Petitioner*, No. 92771-5. Petition for review of a decision of the Court of Appeals, No. 71164-4-I, December 28, 2015, 192 Wn. App. 1001. *Granted on specific issues* June 1, 2016.

*State, Petitioner, v. Albarran, Respondent*, No. 92775-8. Petition for review of a decision of the Court of Appeals, No. 46162-5-I, December 1, 2015, 191 Wn. App. 1031. Petition *granted* and review of issues raised in respondent's answer *denied* June 1, 2016.